BELLE M. CLARK, Appellant, v. STEPHEN J. MARSH, Respondent.— Judgment of the County Court of Nassau county reversed, with costs, and the judgment of the justice of the peace is reinstated and affirmed, on the ground that it does not appear that the judgment of the justice of the peace is so plainly against the weight of evidence that it can be seen that the justice could not reasonably have arrived at the conclusion which he made. (*Vandeymark* v. *Corbett*, 131 App. Div. 391.) Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ., concurred.

MARSHALL T. DAVIDSON, Appellant, v. THE VILLAGE OF WHITE PLAINS, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

KATE DONOVAN, Appellant, v. TRANSIT DEVELOPMENT COMPANY, Respondent.— Order and judgment unanimously affirmed, with costs, upon the ground that connection by the defendant with the railroad or ditch was not admitted or proven. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

HENRY DOSCHER and Others, as Executors, etc., Respondents, v. GESINE ENGEL, Appellant.— Judgment reversed and new trial granted, costs to abide the final award of costs, upon the ground that the judgment is not consistent with the 14th, 15th and 16th findings of fact of the learned trial justice. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

CHARLES F. DURNING, Respondent, v. AUTOMATIC MACHINE PRODUCTS COMPANY and Another, Appellants.— The Workmen's Compensation Law does not give to the physician any claim directly against the employer or insurance carrier for the value of services rendered the injured employee. His claim under the law is limited to a lien on the compensation awarded to the employee, which should include the amount of the physician's charges as approved by the Commission. Order reversed and motion granted, without costs. Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ., concurred.

DELIA FLOOD, as Administratrix de Bonis Non of EUGENE BURNS, Deceased, Respondent, v. FREDERICK GILMAN, Appellant, and Another, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

GEORGE B. HALL, Respondent, v. TRANSIT DEVELOPMENT COMPANY, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground that the finding that plaintiff was free from contributory negligence was against the weight of the evidence. Jenks, P. J., Mills, Rich and Putnam, JJ., concurred; Thomas, J., voted to affirm.

In the Matter of the Application of BRONX PARKWAY COMMISSION, Appellant, to Acquire Title to Lands of THE GARTH ESTATES, Respondent, and Others. (Proceeding No. 4-A.) — Order affirmed, with ten dollars costs and disbursements, except the commissioners of appraisal shall be by our order restrained from taking and filing their oaths within thirty days after the entry of that order, to afford the appellant opportunity to institute proper action, either to amend this proceeding or to bring a new one, to be consolidated with this, as it may be advised, so as to include in the